Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Jacksonville__ Division

Lee Frank Adams K87485

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

F.D.O.C. / F.S.P. Chapliancy,
Ricky Dixon, C. Bailey, F.S.P. Administration

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-502-TJC-MCR
*(to be filled in by the Clerk's Office)*

Legal Mail
Provided to Florida State Prison on 4/11/23 for mailing by ____

FILED 2023 APR 28 PM 1:59 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: ~~Lee Adams, Frank Lee~~ Frank Adams
   All other names by which you have been known: Loyalty, Leiliah Loyalty
   ID Number: K87485
   Current Institution: Florida State Prison Main/unit
   Address: P.O. Box 800
   Raiford, FL 32083
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: ~~C. Bailey~~ Chris Bailey
   Job or Title (if known): Chapliancy Personelle at F.S.P.
   Shield Number: N/A
   Employer: F.S.P./F.D.O.C.
   Address: 23916 NW 83rd Ave
   Raiford, FL 32083
   City / State / Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2   void →
   Name: ~~Ricky Dixon~~
   Job or Title (if known): ~~Secretary of Governor office or F.D.O.C.~~
   Shield Number: N/A
   Employer: ~~Ron DeSantis Governor of Florida~~
   Address: ~~The Capitol,
   Tallahassee        FL       32399-0001~~
   City / State / Zip Code
   [✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Florida State Prison Administration
Job or Title (if known): Various Jobs/Titles
Shield Number: N/A
Employer: F.D.O.C./Warden Donald Davis
Address: 23916 NW. 83rd Ave
Raiford, FL 32083
City / State / Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: ~~Assist Warden~~ G. Bennott
Job or Title (if known): Assist warden over operations
Shield Number: N/A
Employer: F.D.O.C. /F.S.P.
Address: 23916 NW. 83rd Ave
Raiford, FL 32083
City / State / Zip Code

☑ Individual capacity   ☑ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MY First Amendment Freedom of Religion Also The Free Exercise Clause And The Establishment clause Also The Fourteenth Amendment Which States NO Government Shall Discriminate Against You or treat You Poorly Because of Your Religion. See 42 U.S.C. § 2000CC-5(2) No Government may impose a Substantial burden on Religious Exercise or Religious Practices

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. On January 2nd I The Plaintiff Submitted a DC6-236 Form Known as Inmate Request Form to Sign up for The traditional Hebrew Israelite Passover Feasts. Plaintiff were housed in F.S.P M/U Charlie wing Cell 1305 Single at the time I recieved my form back saying I was Placed on the list for The Feast of Tabernacles & The Feast of unleaven Bread

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Florida State Prison of Florida Department of Corrections April 2nd 2023 Breakfast time Charlie wing 1207 Single 2nd Floor Also April 5th 2023 Breakfast Charlie wing 1207 Single 2nd Floor This is One Passover 2 Feasts

Page 4 of 11 Question D.
Continued

On April 2nd Plaintiff were relocated to F.S.P. M/u Charlie wing cell C-1207 Single which upon morning of April 2nd Plaintiff did Produce Document in the handwriting of Chaplian C. Bailey with Signature confirming that the Plaintiff was indeed on the list for these Feasts herein this Complaint form.

Aril 2nd 2023 til April 5th 2023 Breakfast Feeding time Plaintiff were told by Dormitory Sgt. Wallin to file a Grievance Because he did his part he called Chaple and Food Service to No Avail the Chaple refused to follow Protocols & Procedures Violating Plaintiff's First Amendment Freedom of Religion. Also Plaintiff's Fourteenth Amendment Religious Discrimination. And The Religious Land Use and Institutionalized Persons Act. Also 42 U.S.C. §2000cc-5(a): No Government may impose a Substantial on religious exercise or religious Practices. Also The Free Exercise Clause, and The Establishment Clause under the First Amendment.

On April 5th 2023 During Inspection The Plaintiff spoke with Assist Warden G. Bennott who stated The Plaintiff had been Removed from the list which the Plaintiff Did not Request to be removed from the Passover Feasts list (note) The Plaintiff has Participated in every Passover Since 2019 never asking to be removed from any list, except Ramadon its on file. Due to Plaintiff being on Insulin at the time. Never has the Plaintiff requested to be removed from the Passover Feasts Ever. Which Violates Religious Discrimination under the Fourteenth Amendment, Also The Religious Land Use and Institutionalized Persons Act, Also The Free Exercise Clause, And The Establishment Clause Of the First Amendment of the U.S. Constitutions, Also 42 U.S.C. §2000cc-5(a) No government may impose a Substantial burden on religious Exercise or religious Practices.

Page 4 of 11 Qustion D.
Continuance

The Plaintiff Did infact inform Secretary of Governor Ricky Dixon of this matter via a letter stating the violations and situation at hand. Approximately April 2nd to April 9th 2023 via legal mail services.

Secretary Ricky Dixon did not respond to Plaintiff's letter, Plaintiff believes that this was a form of a Type of Retaliation By F.S.P./F.D.o.C. officials note Plaintiff Does have a law suit currently pending on Ricky Dixon, Donald Davis and several of F.D.o.C. officials for Negligence & Excessive use of force causing serious injuries

Plaintiff states its a form of Deliberate Indifference and cruel & unusual Punishment And Reprisal. under The eighth and 4Th, 6Th & 14Th Amendment of the united States Constitution.

C. What date and approximate time did the events giving rise to your claim(s) occur? April 2nd to April 13th 2023 Approximately Breakfast time On said Dates Passover Feasts

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Chapliancy of F.S.P. Falsified Documents Depriving Plaintiff of his Religious Rights By refusing to Allow the Plaintiff to Exercise his Religion at full capacity Also Asst Warden. G. Bennott refused to Correct the Mishaps of Plaintiff Passover oneals of April 2nd 2023 Feast of Tabaranacles Ends on April 8th 2023 And Feast of unleaven bread April 5th and Ends April 13th 2023 Ricky Dixon Knows about this via Plaintiff's Letter sent through Legal mail Chaplian C. Bailey And F.S.P. Administration were in Concert of Cohorts.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Emotional Damages? Spiritual Stress thats Caused thereof Plaintiff Believes his sins were not foregiven Due to his Religious Deprivation By Defendants herein complaint.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff seeks Compensation for Emotional and Spiritual Damages inflicted upon Plaintiff in the full amount of $200,000.00 Along with Full Compensation from each Defendant in the Amount of $100,000.00 With Full Payment of this Courts Court costs, Along with the full Clearance of Plaintiff's Inmate Trustfund Account Plaintiff seeks Permanent Injunctions & Preliminary Injunctions on the Defendants in this Complaint. Also Plaintiff Seeks Spiritual Relief in the full amount of $100,000.00 By each Defendant.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Florida State Prison Main/Unit Special Housing Unit Charlie wing C-1207 Single P.O. BOX 800 Raiford Florida 32083

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? (Negligence Job related Chapter 33-208.003) Also Rules of Conduct (Chapter 33-208.002 §§§ (6), (8), (19).) Also Chapter 33-103.017 Inmate Grievances-Reprisal

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

    N/A ~~Florida State Prison Mainunit~~

2. What did you claim in your grievance?

    N/A

3. What was the result, if any? C. Neel Grievance Administrator Destroyed The Evidence Form and Informal Grievance ETC that I sent through Grievance Box $ The ones I got left are Attached to this page as Exibits ya'll see Plaintiff speaks truth of each Grievance were infact Chaplien C. Bailey's response to my Actual Request Returned without further Processing And without Actions

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    I Started from the Informal Grievance to Chaple to the Formal Grievance to Assist warden to warden to Secretary of Florida Dept of Corrections to General Counsel Not one made it outside of Secretary of F.D.O.C. which is Reprisal

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Plaintiff is Being Retaliated on Due to another Lawsuit & is an eyewitness in another F.DOC. lawsuit Total of 2 other Lawsuits Defendants have Knowledge of This information and is trying to intimidate The Plaintiff to Stop Processing Paper work to the Court.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes
☒ ~~No~~

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ~~N/A~~ Lee Frank Adams
   Defendant(s) ~~N/A~~ DR. WEST et al.,

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ~~N/A~~ United States District Court Middle District of FL

3. Docket or index number
   ~~N/A~~ 3:22-CV-01270-MMH-PDB

4. Name of Judge assigned to your case
   ~~N/A~~ Patricia Barksdale

5. Approximate date of filing lawsuit
   ~~N/A~~ November 17Th 2023

6. Is the case still pending?
   ☒ Yes
   ☒ ~~No~~

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Lee Adams*
Printed Name of Plaintiff: Lee Frank Adams
Prison Identification #: K87485
Prison Address: P.O. Box 800
Raiford, FL 32083
City / State / Zip Code

B. **For Attorneys**

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A / N/A / N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A